

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-22-00291-CR**

**IN RE JOSEPH MCCREY RAY**

_____

**Original Proceeding**

_____

**From the 77th and 87th District Courts**
**Limestone County, Texas**

## MEMORANDUM OPINION

In this original proceeding, Relator Joseph McCrey Ray seeks mandamus relief against Respondents, the judges of the 77th and 87th District Courts, alleging that Respondents "refus[e] to hear [his] testimony or indict [him] on [certain] charges" even though he has been in jail for months.[1]

"Mandamus will issue when there is a legal duty to perform a non-discretionary act, a demand for performance, and a refusal." _O'Connor v. First Court of Appeals_, 837

---

[1] Ray's petition for writ of mandamus has several procedural deficiencies. _See_ TEX. R. APP. P. 52.3. It also lacks a proper proof of service. _See id._ R. 9.5, 52.2. Because of our disposition and to expedite it, we will implement Rule 2 and suspend these rules in this proceeding only. _See id._ R. 2.

S.W.2d 94, 97 (Tex. 1992) (orig. proceeding). Ray bears the burden of providing this Court with a sufficient record to establish his right to mandamus relief. *See In re Douthit*, No. 10-12-00121-CV, 2012 WL 1548113, at *1 (Tex. App.—Waco May 2, 2012, orig. proceeding) (mem. op.); *In re Blakeney*, 254 S.W.3d 659, 661 (Tex. App.—Texarkana 2008, orig. proceeding).

Here, Ray has not identified any *specific* motion, application, or request that he has properly filed and adequately presented to Respondents and upon which Respondents have then failed to rule. Ray's petition for writ of mandamus is therefore insufficient to establish his right to mandamus relief.

Ray's petition for writ of mandamus is accordingly denied.


MATT JOHNSON
Justice


Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Petition denied
Opinion delivered and filed September 21, 2022
Do not publish
[OT06]

